No. ——. Original. *Ex parte:* IN THE MATTER OF DAN CHAIN, PETITIONER. Submitted January 28, 1913. Decided February 3, 1913. Motion for leave to file petition for writ of *habeas corpus* denied. *Mr. A. M. Belcher* and *Mr. H. W. Houston* for the petitioner.

No. ——. Original. IN THE MATTER OF THE PETITION OF WILLIAM ARMSTRONG TO STRIKE THE NAME OF FLETCHER DOBYNS FROM THE ROLL OF ATTORNEYS. Submitted February 24, 1913. Decided March 3, 1913. Motion for leave to file petition denied. *Mr. William Armstrong* in support of the petition.

No. ——. Original. *Ex parte:* IN THE MATTER OF GORDON R. MCGEE, PETITIONER. Submitted March 3, 1913. Decided March 10, 1913. *Per Curiam.* The motion for leave to file petition for writ of *habeas corpus* is denied. (*Ex parte Webb,* 225 U. S. 663, 674, and authorities there cited.) *Mr. Frans E. Lindquist* for the petitioner.

*Decisions on Petitions for Writs of Certiorari, from January 14, 1913, to March 10, 1913.*

No. 917. LOUISIANA & TEXAS LUMBER COMPANY, PETITIONER, *v.* C. S. SWIFT. January 20, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. L. C. Boyle* and *Mr. Joseph S. Brooks* for the petitioner. *Mr. Cone Johnson* for the respondent.